# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of May, two thousand twenty-three.

Before: José A. Cabranes,
Gerard E. Lynch,
William J. Nardini,
*Circuit Judges,*

---

United States of America,

Appellee,

v.

Joseph Romano, Vincent Romano, and Kevin Wells,

Defendant – Appellants.

---

**ORDER**

Docket Nos. 15-992(L), 19-3507(Con), 19-3573(Con), 19-3815(Con), 22-1782(Con)

Appellant Joseph Romano, pro se, moves for a recall of the Court's mandate and for an extension of time to file a petition for rehearing or rehearing *en banc.*

IT IS HEREBY ORDERED that the motion is DENIED in all respects.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe
SECOND CIRCUIT
UNITED STATES COURT OF APPEALS